IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLENTYOFFISH MEDIA, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| PLENTYMORE, LLP, a United Kingdom partnership, PLENTYMOREFISH PARTNERS, a United Kingdom partnership, AT NEW MEDIA, LTD, a United Kingdom corporation, | ) Civil Action No.: 09-cv-5139 |
| Defendants. | ) |

## CERTIFICATE OF SERVICE FOR
## LANHAM ACT MEDIATION MATERIALS

The undersigned hereby certifies that a copy of the Court's LANHAM ACT MEDIATION MATERIALS was provided to each attorney representing a defendant and/or each defendant party where no atttorney of record is known by postal mail, postage pre-paid, to the last known address of each attorney or party.

DATED: September 23, 2009

/s/ Christopher Hall_____
Christopher Hall
Attorney for Plentyoffish Media, Inc.
CHRISTOPHER HALL & ASSOCIATES
1848 N. Mohawk Street, Suite 2
Chicago, Illinois 60614
(312) 545-4355
chrishall@halliplaw.com