UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.3**
Eastern Division

Plentyoffish Media, Inc.
                              Plaintiff,

v.                                                       Case No.: 1:09–cv–05139
                                                       Honorable Elaine E. Bucklo

Plentymore, LLP, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 24, 2009:

      MINUTE entry before the Honorable Elaine E. Bucklo:Pursuant to plaintiff's request, status hearing set for 9/25/09 is vacated. Scheduling Conference set for 10/30/2009 at 09:30 AM. Parties to file planning report before that time.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.