IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PLENTYOFFISH MEDIA, INC., <br> Plaintiff, | ) <br> ) | Civil Action No.: 09-cv-05139 |
| Plaintiff, | ) <br> ) | Judge Bucklo |
| v. | ) <br> ) | Magistrate Judge Cole |
| PLENTYMORE, LLP, a United Kingdom partnership, <br> PLENTYMOREFISH PARTNERS, a United Kingdom partnership, <br> AT NEW MEDIA, LTD, a United Kingdom corporation, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

**CONSENT MOTION FOR DEFENDANTS PLENTYMOREFISH PARTNERS
AND AT NEW MEDIA, LTD FIRST EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants PLENTYMOREFISH PARTNERS and AT NEW MEDIA, LTD by counsel, having first obtained Plaintiff's consent, hereby moves to extend by thirty (30) days the time to file an answer or otherwise respond to Plaintiff's Complaint to and including February 8, 2010. In support, the Defendants state as follows:

1. On or about December 15 or 16, 2009 the Defendant PLENTYMOREFISH PARTNERS and the Defendant AT NEW MEDIA, LTD were served in the United Kingdom, under the Hague Convention, with a Summons and Complaint in this action. Such party Defendants are located in the U.K. and have no offices in the United States.

2. Counsel for these Defendants requests an additional thirty (30) days to answer or otherwise plead. As readily observable the Complaint itself is lengthy and includes numerous factual allegations. This additional time will allow counsel to investigate facts and confer with

these foreign based clients.  The recent holiday period has further impeded upon the ability to confer and investigate underlying facts.

3.	This is the first request for an extension of time for these Defendants to answer or otherwise plead in response to the Complaint

4.	Counsel for the parties has agreed to this extension and that with the extension each of these Defendants will have until and including February 8, 2010 for answering or otherwise pleading in response to the Complaint.

**WHEREFORE**, it is respectfully requested that the Court enter an Order granting an extension until **February 8, 2010** (February 6, 2010, being a Saturday) for the identified Defendants to answer or otherwise plead in response to the Plaintiff's Complaint.

Respectfully submitted,

By: /s/ Burton S. Ehrlich
Burton S. Ehrlich
David C. Brezina
John E. McKie
Ladas & Parry LLP
224 S. Michigan Ave.
Chicago, IL 60604
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing CONSENT MOTION FOR DEFENDANTS PLENTYMOREFISH PARTNERS AND AT NEW MEDIA, LTD FIRST EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT was served upon Plaintiff's counsel via CM/ECF and also via first class mail on this 5th day of January 2010 to the following address:

      Christopher Hall
      CHRISTOPHER HALL & ASSOCIATES
      1848 N Mohawk Street
      Suite 2
      Chicago, IL 60614

                                /s/ Burton S. Ehrlich
                                One of Defendants' Attorneys