IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PLENTYOFFISH MEDIA, INC., <br> Plaintiff, <br>      Plaintiff, <br><br>  v. <br><br> PLENTYMORE, LLP, a United Kingdom partnership, <br> PLENTYMOREFISH PARTNERS, a United Kingdom partnership, <br> AT NEW MEDIA, LTD, a United Kingdom corporation, <br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 09-cv-05139 <br><br> Judge Bucklo <br><br> Magistrate Judge Cole |

## NOTICE OF MOTION

TO: Christopher Hall
   CHRISTOPHER HALL & ASSOCIATES
   1848 N Mohawk Street
   Suite 2
   Chicago, IL 60614

   PLEASE TAKE NOTICE that on Monday, January 11, 2010 at the hour of 9:30 a.m., we will appear on behalf of the Defendants PLENTYMOREFISH PARTNERS and AT NEW MEDIA, LTD, before the Honorable Elaine E. Bucklo in Room 1441, 219 South Dearborn Street, Chicago, Illinois, and then and there present CONSENT MOTION FOR DEFENDANTS PLENTYMOREFISH PARTNERS AND AT NEW MEDIA, LTD FIRST EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT.

                /s/ Burton S. Ehrlich
                One of the Attorneys for Defendants

Burton S. Ehrlich
Ladas & Parry LLP
Suite 1600
224 South Michigan Avenue
Chicago, IL 60604
(312) 427-1300

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF MOTION was served upon Plaintiff's counsel via CM/ECF and also via first class mail on this 5th day of January 2010 to the following address:

    Christopher Hall
    CHRISTOPHER HALL & ASSOCIATES
    1848 N Mohawk Street
    Suite 2
    Chicago, IL 60614

              /s/ Burton S. Ehrlich
              One of Defendant's Attorneys